UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20511-CR-LENARD/GOODMAN

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

STERLIN CHARLES MENARD,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 42)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 42), issued on June 25, 2015, recommending that the District Court impose restitution in the amount of $6,300. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 42) issued on June 25, 2015, is **ADOPTED**.

2. The Court hereby impose restitution in the amount of $6,300. An amended Judgment Order shall be entered to include restitution.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of July, 2015

                                                JOAN A. LENARD
                                              UNITED STATES DISTRICT JUDGE